February 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NATHANIEL JONES III, Appellant

NO. 14-11-00759-CV                     V.

HOUSTON POLICE DEPARTMENT, HARRIS COUNTY SHERIFF'S
DEPARTMENT, TEXAS DEPARTMENT OF PUBLIC SAFETY, AND THE
HARRIS COUNTY DISTRICT ATTORNEY, Appellees

_____

This cause, an appeal in favor of appellees, signed August 16, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Nathaniel Jones III.

We further order this decision certified below for observance.